RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/11/10
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CASEEXPERTS LLC** | **CIVIL ACTION NO. 09-1903** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **COMPSTAR SYSTEMS, INC. ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 27], together with the written objections thereto filed with this Court [Doc. No. 31], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 10] filed by Defendants CompStar Systems, Inc. and Brian Henke is **DENIED**.

MONROE, LOUISIANA, this 11 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE